# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Savannah Walker | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:15-mj-0013 DMC**<br><br>Josh Lowery<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] pleaded guilty to count(s): __1 and 2 on 5/12/2015__.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 2.35(b)(2) | Possess a Controlled Substance | 01/10/2015 | 1 |
| 36 CFR 2.10(b)10 | Camping without Permit | 01/10/2015 | 2 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s)_____ (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

12/18/2019
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Dennis M. Cota, United States Magistrate Judge
Name & Title of Judicial Officer

12/18/2019
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: thirty (30) days from today's date. The defendant is remanded to the custody of the United States Marshal.

## CRIMINAL MONETARY PENALTIES

Defendant shall pay a $10 penalty assessment for each Class B count for a total of $20 to the Clerk, U.S. District Court, Eastern District of California, 501 I Street, Sacramento, California 95814.